**Order filed October 14, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00597-CV
_____

**GIJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellants**

**V.**

**JAMES WASHINGTON &  PRENTICE AND  HELEN SLAUGHTER,**
**Appellees**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2011-33288

## O R D E R

The notice of appeal in this case was filed July 22, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. See Tex. R. App. P. 5.  Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **October 29, 2014.** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM